IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES C. MOON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:12-CV-631-TMH |
| | ) | |
| RUSSELL COUNTY JAIL, et al, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. 3) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted. Accordingly, it is

ORDERED that the Recommendation (Doc. 3) of the Magistrate Judge is ADOPTED and this case is DISMISSED without prejudice for Plaintiff's failures to prosecute this action and comply with the orders of this court.

A separate judgment shall issue.

Done this 18th day of September, 2012.

    /s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE